UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE MICHAEL FREIN and DEBORAH FREIN, | : |
| | : |
| Plaintiffs | CIVIL ACTION NO. 3:20-939 |
| | : |
| v. | (JUDGE MANNION) |
| | : |
| PENNSYLVANIA STATE POLICE, PIKE COUNTY DISTRICT ATTORNEY'S OFFICE, RAY TONKIN and JOHN/JANE DOE I-IV, | : |
| | : |
| Defendants | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Pike County defendants' motion to dismiss the plaintiffs' complaint **(Doc. 7)** is **GRANTED**.

**(2)** The State Police defendants' motion to dismiss the plaintiffs' complaint **(Doc. 15)** is **GRANTED**.

**(3)** The plaintiffs' complaint **(Doc. 1)** is **DISMISSED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Court**

**DATE: March 29, 2021**
20-939-01-ORDER