# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE MICHAEL FREIN, et al | : | |
| | : | |
| V. | : | 20-CV-939-MEM |
| | : | |
| PENNSYLVANIA STATE POLICE, et al | : | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiffs, Eugene Michael Frein and Deborah Frein, appeal to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action on March 29, 2021.

*/s/ Curt M. Parkins*

Curt M. Parkins, Esq.
Attorney for Plaintiff
538 Spruce Street, Suite 430
Scranton, PA  18503
570-880-0777
570-880-0476
curt@comerfordparkins.com