UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1830
_____

EUGENE MICHAEL FREIN; DEBORAH FREIN,
                                    Appellants

v.

PENNSYLVANIA STATE POLICE; PIKE COUNTY DISTRICT ATTORNEY'S
OFFICE; RAYMOND TONKIN; JOHN/JANE DOE I–V

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3:20-cv-00939)
District Judge: Honorable Malachy E. Mannion

_____

Argued: March 23, 2022

Before: BIBAS, MATEY, and PHIPPS, *Circuit Judges*

_____

JUDGMENT

_____

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on March 23, 2022.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on March 29, 2021, is **AFFIRMED IN PART** and **REVERSED IN PART**. Each side will bear its own costs. All of the above in accordance with the Opinion of this Court.

                                                              ATTEST:

                                                               s/ Patricia S. Dodszuweit
                                                               Clerk

Dated: August 30, 2022