

**MATTHEW T. COMERFORD, ESQ.**
**CURT M. PARKINS, ESQ.**
**JENNIFER P. KAPP, ESQ.**

GENE TALERICO, ESQ.
OF COUNSEL

February 3, 2023

Honorable Malachy Mannion
US District Court – Middle District of PA
North Washington Avenue
Scranton, PA 18503

**In re: Miscellaneous Property of Eugene Michael Frein and Deborah Frein**
**Docket Number: 3:20-CV-939**

Dear Judge Mannion:

    Please be advised that the parties in the above matter have reached a settlement. Please issue an Order dismissing the case if settlement is consummated within sixty (60) days. Thank you.

    Respectfully,

    */s/ Curt M. Parkins, Esquire*
    Curt M. Parkins, Esquire